FILED'09 JAN 08 15:42USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID HILLSMAN, ) | |
| ) | Civil No. 08-942-PA |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| WARDEN JEFF THOMAS, ) | JUDGMENT |
| ) | |
| Respondent. ) | |

PANNER, District Judge.

Petitioner's Motion (#18) seeking to voluntarily dismiss this case and respondent's Motion to Dismiss (#13) are GRANTED. Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

DATED this _8_ day of January, 2009.

                                          Owen M. Panner
                                          United States District Judge

1 - JUDGMENT